ACCEPTED
03-14-00095-CR
4354030
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 3:03:08 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00095-CR

| | | |
|---|---|---|
| **CHARLES VILLAREAL** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 3:03:08 PM
JEFFREY D. KYLE
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted of aggravated sexual assault of a child on January 15, 2014. Appellant's brief was originally due on June 16, 2014; after filing five motions for extension, Appellant filed his brief with the Court on December 3, 2014. The State's First Motion to Extend was granted and the State's brief is currently due on March 3, 2015.

### II.

Ms. Chari Kelly is handling this appeal for the State. From February 2nd to February 10th, Ms. Kelly sat first chair in Cause Number CR2014-090, a case

involving charges of Attempted Capital Murder, Aggravated Kidnapping, Aggravated Sexual Assault, Aggravated Robbery, and Tampering with Physical Evidence. Immediately after that trial, Ms. Kelly sat with another attorney in Cause Numbers CR2013-071 and -072, involving multiple charges of Continuous Sexual Abuse and Indecency with a Child. Following that case, Ms. Kelly handled CR2011-399 before the district court, a case involving an insanity defense to charges of Attempted Murder, Aggravated Assault with a Deadly Weapon, Deadly Conduct, Tampering with Physical Evidence and Criminal Mischief. From February 23rd to February 27th, Ms. Kelly sat first chair in Cause Number CR2014-093, involving charges of Attempted Capital Murder, Aggravated Kidnapping, Aggravated Sexual Assault, Aggravated Robbery and Tampering with Physical Evidence. Finally, in addition to her other responsibilities, Ms. Kelly is attempting to complete the State's brief in Appellate Cause Number 03-14-000669-CR by March 9, 2015. Ms. Kelly has not yet had an opportunity to complete the State's brief in this case, and in light of the foregoing, the State respectfully requests that the Court grant her a 30-day extension to file the Appellee's Brief. This is the second extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 30 days, until April 2, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, assistant district attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Second Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant CHARLES VILLAREAL's attorney of record in this matter:

Atanacio Campos
atanacio@aol.com
P.O. Box 310859
New Braunfels, TX 78131
Tel: (830) 620-1515
Fax: (830) 620-5334

By electronically sending it through efile.txcourts.gov e-filing service this 3rd day of March, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**